UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AADIL HOSEIN,                                              CV-17-7597 (BMC)

              Plaintiff,

- against -                                                **STIPULATION ADJOURNING TIME TO ANSWER**

UNIVERSAL ELEVATOR
INC., and JEFF SPITZ,

              Defendants.
---------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys for the plaintiff, AADIL HOSEIN, and the attorneys for defendants, UNIVERSAL ELEVATOR INC., and JEFF SPITZ ("Defendants"), that Defendants' time to serve its answer or otherwise respond to the Complaint is extended to March 5, 2018.

A fully executed facsimile copy of this stipulation may be used in the same manner as an original. **Defendants waive any and all defenses as to insufficient service of process and lack of personal jurisdiction.**

Dated: New York, New York
February 6, 2018

ABDUL HASSAN LAW GROUP, PLLC     ALLYN & FORTUNA, LLP

*Abdul Hassan*

By: Abdul K. Hassan, Esq.                 By: Paula Lopez, Esq.
Attorney for Plaintiff                        Attorneys for Defendants
215-28 Hillside Avenue                   *Universal Elevator, Inc. and Jeff Spitz*
Queens Village, New York, 11427     1010 6th Avenue, 3rd Floor
718-740-1000                             New York, New York 10018
718-740-2000 (fax)                      (212) 213-8844
E-mail: abdul@abdulhassan.com      (212) 213-3318 (fax)
                                              E-mail: plopez@allynfortuna.com